**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1026**

In re:  RONALD MCCLARY,

Petitioner.

On Petition for Writ of Mandamus.
(5:15-ct-03259-D; 5:15-ct-03230-D;
5:15-ct-03219-BO; 3:15-cv-00020-FDW)

Submitted: March 29, 2016          Decided:  April 1, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Ronald McClary, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary petitions for a writ of mandamus seeking an order directing the district court to identify the cases listed on the North Carolina Department of Public Safety's Trust Fund Account Statement. We conclude that McClary is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Because McClary has not shown a clear right to the relief sought, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED